IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Bradley, et. al.,** | |
| **Plaintiffs,** | |
| v. | Case No. 1:16-cv-10259 |
| **Silverstar, LTD, et al.** | Honorable Young B. Kim |
| **Defendants.** | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiffs Theron Bradley and Tommy Jenkins ("Plaintiffs"), together with Defendants Silverstar, LTD ("Silverstar"), Gold Standard Transportation, Inc. ("Gold Standard"), and Amazon.com, LLC ("Amazon") (collectively, the "Parties"), by their respective attorneys, hereby move for an extension of time to file the Motion for Preliminary Approval of Class Settlement. In support of their Motion, the Parties state as follows:

1. During the October 11, 2017 status conference, the Parties reported to the Court that they were still working towards finalizing the details of their written settlement agreement.

2. In that regard, a draft of the settlement agreement and exhibits and the motion for approval have been circulated and are being reviewed by counsel for the Parties.

3. As contemplated by the Parties' discussions, Silverstar produced data after the status conference that the Parties agree require additional clarification and corresponding revisions to the settlement agreement, exhibits and motion.

4. The Parties are cooperating in this process and anticipate resolving any issues and finalizing the settlement agreement and motion during the additional time requested herein.

DB1/ 94143908.1

5. Accordingly, the Parties request a two-week extension of time, to and including November 8, 2017, to finalize the settlement agreement and to file the Motion for Preliminary Approval of the Class Settlement.

6. This is the first request for an extension, which all Parties agree is necessary.

7. The Parties further agree that no party will be prejudiced by a brief two-week extension.

WHEREFORE, for good cause shown, the Parties respectfully request that the Court grant an extension of time, up to and including November 8, 2017, to file the Motion for Preliminary Approval of Class Settlement.

Dated: October 24, 2017

Respectfully submitted,

By: */s/ Alvar Ayala*

Alvar Ayala
Christopher J. Williams
Workers' Law Office, P.C.
53 W. Jackson Blvd, Suite 701
Chicago, IL 60604
(312) 795-9121

*Attorneys for Plaintiffs*

By: */s/ Harvey J. Waller*

Harvey J. Waller
30 N. La Salle Street, Suite 2040
Chicago, IL 60602
O (312) 606-9100
F (312) 606-9145

*Attorneys for Defendants Silverstar, LTD & Gold Standard Transportation, Inc.*

By: */s/ Allison N. Powers*

Meredith E. Riccio
Allison N. Powers
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001
meredith.riccio@morganlewis.com
allison.powers@morganlewis.com

DB1/ 94143908.1

Richard G Rosenblatt (*Pro Hac Vice*)
James Walsh, Jr. (*Pro Hac Vice*)
MORGAN LEWIS & BOCKIUS
502 Carnegie Center
Princeton, NJ 08540
Telephone: 609-916-6600
rrosenblatt@morganlewis.com
james.walsh@morganlewis.com

*Attorneys for Defendant Amazon.com, LLC*

## **CERTIFICATE OF SERVICE**

I, Allison N. Powers, an attorney, hereby certify that, on October 24, 2017, I filed the foregoing Joint Motion for Extension of Time to File Motion for Class Action Settlement via the Court's CM/ECF system, which caused a copy of the same to be served upon all counsel of record.

*/s/ Allison N. Powers*
Allison N. Powers

DB1/ 94143908.1